UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD JOHNSTON,

    Plaintiff,
v.                              CASE NO: 8:17-cv-3122-T-33SPF

MARINEMAX EAST, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to hearing held on February 22, 2019. With his consent, the Court appoints United States Magistrate Judge Sean P. Flynn as the mediator in this case and refers the parties to mediation with Judge Flynn. The parties are directed to contact Christina Ramirez, Judge Flynn's law clerk, at (813) 301-5827 to schedule the mediation conference without delay. At this time, the dates that Judge Flynn has available for the mediation are February 26th and 27th, as well as March 1st, 7th, or 8th.

After coordinating with the parties, Judge Flynn will issue a separate Order or Notice indicating the date, time, and location of the mediation conference as well as any guidelines that he may impose on the mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of February, 2019.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE